**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **APRIL HUGHES and HANK HUGHES,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 4:11-CV-31 (MTT)** |
| | ) | |
| **JOHN THOMAS GILES,** *et. al,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**ORDER**

**BY CONSENT OF THE PARTIES, IT IS HEREBY ORDERED** that Plaintiff April

Hughes shall submit to a physical examination by Dr. Paul Mefferd at his office in

Marietta, Georgia.  Said examination is to occur within 30 days of the entry of this

Order.  Further, Defendants shall pay the reasonable transportation and boarding costs

associated with Mrs. Hughes' attendance of said examination.  The Defendants' Motion

for Physical Examination (Doc. 21) is **GRANTED**.

**SO ORDERED**, this the 12th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT