IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| APRIL HUGHES and HANK HUGHES, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN THOMAS GILES, *et. al*, )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION NO. 4:11-CV-31 (MTT) |

## ORDER

**BY CONSENT OF THE PARTIES, IT IS HEREBY ORDERED** that Plaintiff April Hughes shall submit to a physical examination by Dr. Paul Mefferd at his office in Marietta, Georgia. Said examination is to occur within 30 days of the entry of this Order. Further, Defendants shall pay the reasonable transportation and boarding costs associated with Mrs. Hughes' attendance of said examination. The Defendants' Motion for Physical Examination (Doc. 21) is **GRANTED**.

**SO ORDERED**, this the 12th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT